**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 98-7308**

─────────────

LONNIE LEE CARR,

Petitioner - Appellant,

versus

RON ANGELONE; MARK EARLEY,

Respondents - Appellees.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Albert V. Bryan, Jr., Senior District Judge. (CA-98-951)

─────────────

Submitted: October 27, 1998      Decided: November 10, 1998

─────────────

Before LUTTIG and MICHAEL, Circuit Judges, and BUTZNER, Senior Circuit Judge.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Lonnie Lee Carr, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

   Appellant appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. The district court properly concluded that Appellant's petition was time-barred because it was filed more than one year after Appellant's conviction became final. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>Carr v. Angelone</u>, No. CA-98-951 (E.D. Va. July 16, 1998). We deny Appellant's motion for oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>